**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Jeremy J. Williams,

       Plaintiff,

v.

N. Otter, et al.,

       Defendants.

No. CV-24-00924-PHX-JAT

**ORDER**

Pending before the Court are pro se Plaintiff Jeremy J. Williams several Motions to Appoint Counsel (Docs. 109, 110, and 154). The Court's pro bono coordinator has been attempting to locate counsel for Plaintiff since December 2025 (after summary judgment was denied). The coordinator has now located someone who would be willing to represent Plaintiff at trial, but only if the case is continued to late May or early June 2026. The parties have until Monday, March 23, 2026 to file their objections, if any, to a trial continuance (and/or the appointment of counsel who may request leave to re-prepare the pretrial documents). In addition, the parties should notify the Court whether they will consent or object as soon as possible to allow the Court to rule more quickly on continuing the final pretrial conference and trial. If possible, defense counsel should attempt to call or otherwise contact Plaintiff to find out if he consents or objects and notify the Court as soon as possible.

**IT IS ORDERED** that the parties shall file any objections to a trial continuance by **Monday, March 23, 2026**.

**IT IS FURTHER ORDERED** that defense counsel shall attempt to contact Plaintiff and file a notice as soon as possible indicating whether the parties will consent or object to the continuance.

Dated this 13th day of March, 2026.

James A. Teilborg
Senior United States District Judge