**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy J Williams, | No. CV-24-00924-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| N. Otter, et al., | |
| Defendants. | |

At the Final Pretrial Conference on April 8, 2026, the Court orally ruled on Defendants' pending Motions in Limine (Docs. 133–142). At the hearing, the Court denied without prejudice the Motions in Limine at Docs. 133, 134, 135, 136, 137, 141, and 142; however, the Court's Minute Entry (Doc. 161) stated that these Motions in Limine were "denied with prejudice for the reasons stated on the record." Defendants have now filed a Motion for Clarification (Doc. 162) regarding the inconsistency. Although the briefing is not complete, the Court finds further briefing unnecessary to a fair adjudication of the motion.

**IT IS ORDERED** that Defendants' Motion for Clarification (Doc. 162) is **GRANTED**.

**IT IS FURTHER ORDERED** that the April 8, 2026 Minute Entry (Doc. 161) is amended as follows:

1. Defendants' Motions in Limine 133, 134, 135, 136, 137, 141, and 142 are denied without prejudice for the reasons stated on the record.

2. Defendants' Motion in Limine 140 is granted in part and denied without prejudice in part for the reasons set forth on the record.

In all other respects, the Minute Entry (Doc. 161) remains in effect.

Dated this 10th day of April, 2026.

James A. Teilborg
Senior United States District Judge

- 2 -