**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy J Williams, | No. CV-24-00924-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| N. Otter, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Motion for Voluntary Dismissal (Doc. 169). Defendants agree to the dismissal of this lawsuit. (Doc. 170). The parties notified the Court that a settlement agreement was signed on April 21, 2026. (Doc. 167; Doc. 169). Defendants indicate that they provided Plaintiff with a stipulation to dismiss, but Plaintiff filed the pending Motion for Voluntary Dismissal instead. (Doc. 170). Defendants note that the contents of Plaintiff's Motion shall not be construed as an amendment to the terms of the settlement agreement and request that this case be dismissed with prejudice in accordance with the terms of the settlement agreement. (Doc. 170).

Although the Court has not seen the settlement agreement and is thus unaware of the terms of the agreement, because both parties have acknowledged that they signed the settlement agreement on April 21, 2026, the Court will dismiss this case in accordance with the terms of the settlement agreement. If in the future a party moves to enforce the settlement agreement, the party seeking enforcement shall attach a copy of the settlement agreement.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Voluntary Dismissal (Doc. 169) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint (Doc. 1) is **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment accordingly and terminate this case.

Dated this 26th day of May, 2026.

James A. Teilborg
Senior United States District Judge